COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Alma Jean Bass v. Deborah Bass, Independent Executrix of the Estate of Roberta Lois Stanbrough, Deceased |
| Appellate case number: | 01-18-00837-CV |
| Trial court case number: | 16-CPR-029294 |
| Trial court: | County Court at Law No. 2 of Fort Bend County |

The record in this appeal was due in this Court on October 18, 2018. *See* TEX. R. APP. P. 35.1(a). A clerk's record was filed on October 11, 2018; however, a reporter's record has not been filed.

On October 25, 2018, the Clerk of this Court notified appellant that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellant had not requested preparation of a reporter's record or had not paid, or made arrangements to pay, the fee for preparation of the record. *See id.* 37.3(c). The Clerk further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 26, 2018, the Court might consider the appeal without a reporter's record. *See id.* Appellant has not responded.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* 37.3. **Appellant's brief is due to be filed no later than 30 days from the date of this order.** *Id.* 38.6(a), (d).

It is so ORDERED.

Judge's signature: __/s/ Terry Jennings_____
        ☑ Acting individually    ☐ Acting for the Court

Date: __December 6, 2018____